# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Shawn Slim;

    Plaintiff,

v.

United States of America;
Philbert Toddy;

    Defendants.

Case No. 2:15-cv-00785-PHX-DJH

**NOTICE OF DISMISSAL**

## STIPULATION OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO RULE 41(a)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Defendant Philbert Toddy stipulate and agree that Counts Two and Three of Plaintiff's Complaint against Philbert Toddy shall be dismissed without prejudice, and each party will bear its own attorneys' fees and costs, and Philbert Toddy expressly reserves his right to appeal this Court's January 4, 2016 Order (Doc. 19) granting the United States' Motion to Dismiss and dismissing the United States from this action.

Respectfully submitted this 14th day of March, 2017:

| | |
|---|---|
| LAW OFFICES OF DAVID R. JORDAN, P.C. | MASON & ISAACSON, P.A. |
| By */s/ David Robert Jordan* <br> David R. Jordan <br> P.O. Box 840 <br> Gallup, NM 87305 <br> 505-863-2205 <br> 505-604-5709 (fax) <br> david@jordanlegal.com <br> *Attorneys for Plaintiff* | By */s/ Patrick T. Mason* <br> Patrick T. Mason <br> New Mexico Bar No. 27091 <br> Mason & Isaacson, P.A. <br> P.O. Box 1772 <br> 104 E. Aztec Ave. <br> Gallup, NM 87305-1772 <br> 505-722-4463 <br> Fax: 505-722-2629 <br> p.mason@milawfirm.net <br> *Attorneys for Philbert Toddy* |